IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **DEJA HEGWOOD,** Individually and on behalf of All Others | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 22-6124 |
| vs. | ) ) ) |
| **MANPOWERGROUP US INC.,** | ) ) |
| Defendant. | ) ) ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant ManpowerGroup US Inc. ("Manpower") hereby provides notice of the removal of this action from the Circuit Court of Clinton County, Missouri, to the United States District Court for the Western District of Missouri. In support of this removal, Defendant states as follows:

### Timeliness of Removal

1. On October 4, 2022, Plaintiff filed a Complaint in the Circuit Court of Clinton County, Missouri, styled *Deja Hegwood, Individually and on behalf of All Others v. ManpowerGroup US Inc.*, Case No. 22CN-CC00057, on behalf of herself and a purported class. (*See* Complaint and Summons, attached as **Exhibit A**)

2. The Complaint and Summons were first served upon Manpower on October 20, 2022.

3. All other process, pleadings, or papers that have been filed or served in this matter are attached to this Notice as **Exhibit B**.

4. The filing of this Notice of Removal meets the requirements of 28 U.S.C. § 1446(b), as it is being filed with this Court within 30 days after service.

5. By filing this Notice of Removal, Manpower does not waive any defenses to Plaintiff's allegations or objections to jurisdiction.

## Appropriate Venue

6. Because the Circuit Court of Clinton County lies within the Western District of Missouri, this Court is the appropriate venue for removal. 28 U.S.C. §§ 105(b), 1441(a), and 1446(a).[1]

## Nature of Claims and Federal Question and Supplemental Jurisdiction

7. Plaintiff's Complaint alleges claims, on behalf of herself and a purported class, for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA").

8. Plaintiff's FCRA claims are within the Court's federal question jurisdiction. 28 U.S.C. § 1331. Pursuant to 28 U.S.C. § 1441(b), an action within this Court's federal question jurisdiction is removable without regard to the parties' citizenship or residence.

9. Promptly after removal, Defendant will file a copy of this Notice with the Clerk of the Circuit Court of Clinton County, Missouri, and will provide notice to Plaintiff as required by 28 U.S.C. § 1446.

10. Pursuant to Local Rule 7.0(a), a completed Civil Cover Sheet is being filed contemporaneously with this Notice of Removal.

11. For all the foregoing reasons, removal of this action to this Court is proper pursuant to the provisions of 28 U.S.C. §§ 1331, 1441, and 1446.

---

[1] Manpower reserves all rights with regard to seeking a potential change of venue.

WHEREFORE, having fulfilled all statutory requirements, ManpowerGroup US Inc. removes this action to this Court from the Circuit Court of Clinton County, Missouri, and requests that this Court assume full jurisdiction over this matter as provided by law.

Respectfully submitted,

*/s/ Bayli Martin*
Daniel B. Boatright, MO #38803
Telephone: 816.627.4401
Facsimile: 816.817.7703
dboatright@littler.com
Bayli Martin, MO #72291
Telephone: 816.627.4414
Facsimile: 816.817.1831
bamartin@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut, Suite 1450
Kansas City, MO 64106

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed via the Court's CM/ECF system this 21st day of November 2022, and served via U.S. Mail, first class postage prepaid, to the following:

>Charles Jason Brown
>Jayson A. Watkins
>BROWN & WATKINS LLC
>301 S. US 169 Hwy
>Gower, MO 64454
>brown@brownandwatkins.com
>watkins@brownandwatkins.com
>
>ATTORNEYS FOR PLAINTIFF

*/s/ Bayli Martin*
Attorney for Defendant